IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONI BERATTO, and
JORY BERATTO                                                                PLAINTIFFS

v.                          No. 4:12-cv-376-DPM

NCO FINANCIAL SYSTEMS, INC.                                    DEFENDANT

## JUDGMENT

Based on the accepted offer, the Court enters judgment for Joni and Jory Beratto against NCO Financial Systems, Inc. for $3,950.00.  FED. R. CIV. P. 68. This amount includes $3,200.00 for their attorneys' fees and costs, *Document No. 7,* and $750.00 in damages, *Document No. 5*.  This Judgment will not bear interest because NCO has already satisfied it, *Document No. 8,* and the Court directs the Clerk to note the satisfaction in the Judgment Index.

_____
D.P. Marshall Jr.
United States District Judge

4 October 2012